## KNÍSELY v COMMUNITY TRACTION CO

Ohio Supreme Court

No 23048. Decided March 30, 1932

Jones, Matthias, Day, Allen, Kinkade and Stephenson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

## STATE ex GRAVES v BERNON et

Ohio Supreme Court

No 23195. Decided October 27, 1931

For full opinion see 178 NE 267; 124 Oh St 294; Oh Bar 12-1-31.